Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

Corpus Christi Division

United States Courts
Southern District of Texas
FILED

SEP 14 2023

Nathan Ochsner, Clerk of Court

Rudy Garcia
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Coastal Bend Detention Center
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rudy Garcia |
| All other names by which you have been known: | Rudy Andy Garcia |
| ID Number | 43334-279 |
| Current Institution | Costal Bend Detention Center |
| Address | 4909 FM 2826 Robstown, Texas |
| City | Robstown |
| State | TX |
| Zip Code | 78380 |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Costal Bend Detention Center
- Job or Title (if known):
- Shield Number:
- Employer: Geo Group Inc.
- Address: 4909 FM26
- City: Robstown
- State: Texas
- Zip Code: 78380
- [ ] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name:
- Job or Title (if known):
- Shield Number:
- Employer:
- Address:
- City / State / Zip Code:
- [ ] Individual capacity  [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    Defendant No. 3
        Name      _____
        Job or Title *(if known)*      _____
        Shield Number      _____
        Employer      _____
        Address      _____
                               *City*          *State*         *Zip Code*
                      ☐ Individual capacity      ☐ Official capacity

    Defendant No. 4
        Name      _____
        Job or Title *(if known)*      _____
        Shield Number      _____
        Employer      _____
        Address      _____
                               *City*          *State*         *Zip Code*
                      ☐ Individual capacity      ☐ Official capacity

**II.**     **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.     Are you bringing suit against *(check all that apply)*:

          ☒ Federal officials (a *Bivens* claim)

          ☐ State or local officials (a § 1983 claim)

    B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

          _____

    C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The 25th of August, 2023 the plaintiffs family Dialed (911) Geo inc objected!

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

The 25th of August, 2023 Mrs. Dabbs denied the plaintiffs medical attention and X-Rays

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

August 25th 2023, August 26th 2023 - August 27th 2023

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* During a routine Dieabetic check in building #2 Gulf Hallway I slipped on a wet floor. I obserbved no wet floor signs during the injury. I was slow to get up as I injured my lower back area, my left toe recieved a fracture, then later loared to revielle the medical staff gave me more than the appropiete dose of pain medications. I was left in Medical holding for observation for stomach pains and body injuries from the fall. (Mr Morales) a Correctional officer and (Mrs B) took me to medical health services where threats were giving of exsesive for by Cpt Cruz and later CPT Gonzalez. The Costal Bond Detention Camera's recorded it detail.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The threat of the Captain's of the Coastal Bond Detention Center to use excesseive force brought me to a state of shock. Injuries to my mental well bieng was later analized by the phycologist (Teledhyc) my left toe swelling and brulsed still show till the current date of the 13th of September, 2023. I sufferd a back injuries and was given over 3200 MG Tabs of Ibuprofeen by Mrs B and other Medical Staff. I later started feeling pain in the (abs)(stomach) area to later vomit repeatedly.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I would pray the courts appoint me a Indigant Attorney to help in the Aid of my claim. I would also ask the courts to open a investigation for medical malpractice and excessive force of the costal Bond Detention staff. A Mental evaluation of a phycologist and 4 x-Rays of my Right knee, Left toe, My head, My back. Also I pray the courts can request the Geo Group Inc to pay Damages to the Plaintiff of $80,000.00 so I could pay to better treatment of a professional other then Costal Bond Detention center

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Costal Bend Detention Center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [x] No
- [ ] Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Costal Bend Detention Center

2. What did you claim in your grievance?

   All the stated injuriv's to my back, Mental, toe, Knee.

3. What was the result, if any?

   I was told I cant request such ~~action~~ (action)

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I wrote a grievance of the medical staff. All Denied!

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

— NA —

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

CPT Cruz told me that I was not hurt and he used to work in the medical field.

I was told by my Dabbs and MRS B a Xray machine can not be pulled out there rectum.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I recieved multiple infraction bringing this to the awarness of Correctional officers and medical staff.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) — NA —
   Defendant(s) — NA —

2. Court *(if federal court, name the district; if state court, name the county and State)*
   — NA —

3. Docket or index number
   — NA —

4. Name of Judge assigned to your case
   — NA —

5. Approximate date of filing lawsuit
   — NA

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition.   — NA —

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   — NA —

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)  — NA —

   Defendant(s)  — NA —

2. Court *(if federal court, name the district; if state court, name the county and State)*

   — NA —

3. Docket or index number

   — NA —

4. Name of Judge assigned to your case

   — NA —

5. Approximate date of filing lawsuit

   — NA —

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition  — NA —

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   — NA —

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-13-23

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Rudy Garcia
Prison Identification #: 43334-279
Prison Address: 4909 FM26
Robstown, Texas, 78380

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

City, State, Zip Code

Telephone Number:
E-mail Address: