United States District Court
Southern District of Texas
**ENTERED**
October 05, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RUDY ANDY GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00231 |
| | § | |
| COASTAL BEND DETENTION | § | |
| CENTER, | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT</u>

Plaintiff Rudy Andy Garcia, proceeding *pro se* and *in forma pauperis*, is currently confined at the Coastal Bend Detention Center ("CBDC") in Robstown, Texas. In this *Bivens*[1] action filed pursuant to 28 U.S.C. § 1331, Plaintiff names the CBDC as the sole defendant. Plaintiff alleges that he received inadequate medical care following a slip and fall sometime in August 2023. (D.E. 1, p. 5). Plaintiff further alleges that CBDC officials threatened him with excessive force. (*Id.*).

This action is subject to screening under 28 U.S.C. §§ 1915A and 1915(e)(2). Plaintiff overall has provided insufficient facts to allow the Court to evaluate and screen his claims in a proper fashion. Plaintiff names no defendants other than the CBDC. Under *Bivens*, however, only individuals acting under color of federal law may be liable for unconstitutional conduct. *See Bivens*, 403 U.S. at 389; *Corr. Servs. Corp. v. Malesko*, 534

---

[1] *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

1 / 3

U.S. 515, 70 (2001) ("The purpose of *Bivens* is to deter *individual* federal officers from committing constitutional violations." (emphasis added)).

To assist the Court in evaluating Plaintiff's claims, the undersigned will provide Plaintiff an opportunity to file an amended complaint and present in more detail his claims. The Clerk of the Court is **DIRECTED** to provide Plaintiff with the form complaint used to initiate an action pursuant to *Bivens*.  If the Clerk's office does not have a *Bivens* form available to send Plaintiff, the Clerk is **DIRECTED** to provide Plaintiff with the form complaint used to initiate an action under 42 U.S.C. § 1983.  Plaintiff shall comply with the instructions contained in the form complaint, complete each portion of the form complaint, and attach any additional pages to the completed form complaint if necessary to state the factual basis supporting his claims.

In preparing and completing his Amended Complaint, Plaintiff is instructed to do the following:

(1) Label his pleading on the top of the first page of the completed form complaint as "Plaintiff's Amended Complaint" and to include the correct Civil Action Number as shown above in the style of this case.  Plaintiff **MUST** sign the Amended Complaint and provide the date it was executed.

(2) **CLEARLY** list in the Amended Complaint each individual Defendant he seeks to sue in this action.

(3) With respect to **each** Defendant named in the Amended Complaint, Plaintiff must:

(a)    Explain what this Defendant did to violate your rights.

(b)    Give the specific facts that support your claim or claims against each Defendant.  Plaintiff must also state whether he is a pre-trial federal detainee or convicted federal inmate.

(c)    When did the events forming the basis of the claim occur?

(d)    Explain how you were harmed by this Defendant.

(e)    What are the remedies you seek as to this Defendant?  Are you seeking monetary relief, injunctive relief, or both?

(f)    Are you suing this Defendant in his or her individual capacity, official capacity, or both?

Plaintiff is **DIRECTED** to submit his Amended Complaint on or before **November 6, 2023**.  Failure to comply with each of these instructions, including submitting the Amended Complaint in a timely manner, may result in the dismissal of this action for want of prosecution and for failure to comply with court orders.  Fed. R. Civ. P. 41(b).

ORDERED on October 5, 2023.

_____
Julie K. Hampton
United States Magistrate Judge