United States District Court
Southern District of Texas
**ENTERED**
November 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RUDY ANDY GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00231 |
| | § | |
| COASTAL BEND DETENTION | § | |
| CENTER, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION TO VOLUNTARILY DISMISS CASE

Plaintiff' Rudy Andy Garcia's motion to voluntarily dismiss this action without prejudice because he does not want to pay the filing fee (D.E. 10) is **GRANTED**.  The initial partial filing fee and collection order entered on October 5, 2023 (D.E. 7) is **VACATED** as to any unpaid portion of the filing fee.  The Clerk shall send a copy of this Order by certified mail to the institution having custody of Plaintiff.  Lastly, The Clerk of the Court is hereby **DIRECTED to CLOSE** this case.

ORDERED on November 14, 2023.

Julie K. Hampton
United States Magistrate Judge